

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

50 Main Street – Suite 1100
White Plains, New York 10606

February 29, 2024

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 2/29/24
White Plains, NY

Time excluded under Speedy Trial Act as to all defendants through 3/15/2024 in the interest of justice, for reasons cited in this letter.

**By Email**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Dwayne Johnson et al.*, S1 23 Cr. 468

Dear Judge Briccetti,

    The Government respectfully asks the court to exclude time under the Speedy Trial Act in the above-referenced matter.

    On or about February 22, 2024, Teresa Santini and Lori Cooney, two defendants charged in the Superseding Indictment, were arraigned in front of the of the Honorable Judith C. McCarthy, United States Magistrate Judge in the Southern District of New York. During the arraignment, Judge McCarthy excluded time pursuant to the Speedy Trial Act through March 7, 2024. The next status conference in this matter is March 13, 2024, for three defendants, and March 15, 2024, for Teresa Santini.

    In order to allow the parties to receive and review discovery, the Government respectfully requests an exclusion of time under the speedy trial act through March 15, 2024, or, in the alternative, through March 13, 2024 for Lori Cooney and through March 15, 2024 for Teresa Santini. The Government asserts that the ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendants in a speedy trial.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kaiya Arroyo
Assistant United States Attorney
(914) 993-1919