

U.S. Department of Justice

*United States Attorney Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

October 7, 2024

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Dwayne Johnson et al.,* S1 23 Cr. 468 (VB)

Dear Judge Briccetti:

The Government submits this unopposed letter respectfully requesting an adjournment of the current suppression motion deadlines in the above-referenced matter.

Over the last six weeks, defense counsel has requested clarification or supplemental production of documents from the Government regarding their client. For most of that time, the undersigned either was in final preparations for or representing the Government in a complex trial before the Honorable Philip M. Halpern, United States District Court Judge for the Southern District of New York. While the Government has responded to most of defense counsel's requests, there are one or two requests outstanding. To provide defense counsel with the requested information and sufficient time to incorporate that information into motions, the Government respectfully requests, with consent of all counsel, to an adjournment of the pretrial motion schedule to the following:

- Suppression Motions: October 30, 2024
- Opposition: November 20, 2024
- Replies: December 4, 2024

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 10/8/2024
White Plains, NY

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kaiya Arroyo
Assistant United States Attorney
(212) 347-2226

1